In re REYNOLDS' WILL. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) In the matter of the probate of the last will and testament of John J. Reynolds, deceased.

PER CURIAM. Decree of the Surrogate's Court of Queens County reversed, and issues ordered to be tried by a jury, with costs of the appeal to abide the event of the new trial, payable out of the estate, on the authority of Matter of Tompkins, 69 App. Div. 474, 74 N. Y.

Supp. 1002, and Matter of Richardson, 137 App. Div. 103, 122 N. Y. Supp. 83. Settle order before Mr. Justice Thomas.

In re RICE. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) In the matter of the application of George H. Rice for admission to the bar. No opinion. Application granted.